**RECEIVED**

JUL 1 3 2011

TONY R. MOORE, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| BRAD ALLEN SEARS<br>LA. DOC #410964 | CIVIL ACTION NO. 3:11-cv-0090 |
| VS. | SECTION P |
| | JUDGE DONALD E. WALTER |
| WARDEN ALVIN JONES, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

**THUS DONE AND SIGNED,** in chambers, in Monroe, Louisiana, on this \_13\_ day of \_\_July\_\_, 2011.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE